UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>PATRONS COOPERATIVE ASSOCIATION,<br><br>             Defendant. | CIV. 15-5006-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' stipulation for dismissal (Docket 22), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed in its entirety with prejudice and with each party being responsible for its own costs and disbursements.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

Dated December 30, 2016.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE